# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: James W. Pengilly,<br>Attorney at Law, Bar No. 6085 | Case No.: 2:18-ms-00099<br><br>**ORDER OF SUSPENSION** |

On November 20, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of November 26, 2018. The Order to Show Cause provided Mr. Pengilly with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. On December 19, 2018, Mr. Pengilly filed a Response stating he had no objection to the suspension.

Accordingly, **IT IS HEREBY ORDERED** that James W. Pengilly, Nevada State Bar No. 6085, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __8__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __8th__ day of January, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> James W. Pengilly
> Pengilly Law Firm
> 1995 Village Center Circle #190
> Las Vegas, NV 89134

Certified Mail No.:   7018 1130 0001 5956 7176

> /s/ M. Reyes_____
> Deputy Clerk
> United States District Court,
> District of Nevada